**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **MICHAEL SMITH**<br>**Plaintiff** | * |
| **v.** | * |
| **DEPUTY TREVON WILLIAMS**<br>**(In his individual and official capacity)** | * **CAFN: 3:21-CV-00134** |
| | * **DEMAND FOR TRIAL BY JURY** |
| **(FORMER) SHERIFF IRA EDWARDS**<br>**(In his individual and official capacity)** | * |
| **THE UNIFIED GOVERNMENT OF ATHENS-CLARKE COUNTY** | * |
| **Defendants** | * |

**SCHEDULING & DISOVERY ORDER**

NOW COME Plaintiff Michael Smith and Defendants Deputy Trevon Williams, in his individual capacity, Former Sheriff Ira Edwards, in his individual capacity, and The Unified Government of Athens-Clarke County, by and through their undersigned attorneys and submit the following Proposed Scheduling Order/Report pursuant to the Court's Rules 16 and 26 Order [Dkt. 9]:

1. **Rule 16/26 Conference:** The attorneys for the parties have timely met and conferred to discuss the contents and form of this Proposed Scheduling Order/Report.

**2. Lead Counsel for Plaintiffs:**

Malcolm Palmore [mpalmore@palmoreboenig.com]
Markus Boenig [mboenig@palmoreboenig.com]
Palmore, Boenig & Associates, PC
575 Research Drive, Suite C
Athens, GA 30605
Phone: 706-549-6880
mpalmore@palmoreboenig.com

**Lead counsel for Defendants:**

Gregory C. Sowell
James, Bates, Brannan, Groover, LLP
One Press Place, Suite 200
Athens, GA 30601
gsowell@jamesbatesllp.com
Direct: 706-215-8330
Main: 706-215-8321

**3**. **Filing Date of Complaint and Answer.** Plaintiff's Complaint was filed on December 9, 2021, in the United States District Court for the Middle District of Georgia, Athens Division [Dkt. 1]. All Defendants waived service of process. A Waiver of Service was executed on December 10, 2021, by all Defendants [Dkts. 5-7]. Defendants' Answer was filed on February 4, 2022 [Dkt. 8].

4. **Deadline for Amending Pleadings.** The parties agree that the deadline for amending pleadings shall be October 1, 2022.

5. **Deadline for Joining Other Parties.** The parties agree that the deadline for joining other parties shall be September 1, 2022.

6. **Deadline for Discovery Completion.** The parties agree that the deadline for completing discovery shall be **November 1, 2022**.

7. **Expert Witnesses/Daubert.** The parties agree to the following requirements for testifying expert witnesses:

Plaintiff shall disclose testifying expert witnesses by August 1, 2022.

Defendants shall disclose testifying expert witnesses by September 15, 2022.

In the event Defendants designate an expert witness where Plaintiff has not previously designated an expert, Plaintiff shall designate a rebuttal expert witness by October 17, 2022.

8. **Initial Disclosures.** The parties will exchange Initial Disclosures under F.R.Civ.P. 26(a)(1) by May 27, 2022.

9. **Limitations on Written Discovery.** The parties agree to the following limitations on written discovery: maximum of 40 interrogatories by each party to the other party; maximum of 40 requests for production by each party to the other party; maximum of 20 requests for admission by each party to the other party.

10. **Depositions.**

Plaintiff intends to take the following depositions:

P1. Deputy Trevon Williams
P2. Former Sheriff Ira Edwards, Jr.
P3. Chief Deputy Jimps Cole
P4. Captain Jessica Goings
P5. Cpl. Lisa Gabriel, I.I.U.
P6. Sargeant T. Thomas
P7. Sargeant Waylan Rucker
P8. Training Corporal Justin Prestidge
P9. Nurse Karrington Marcotte
P10. Nurse Trina Cain
P11. Lt. D. McAllister
P12. Nurse Lakeivia Faust
P13. Deputy T. Patterson
P14. Control Room Operator Katherine Sisk
P15. Major E. Robinson
P.16. Plaintiff reserves the right to depose any individuals whose names are revealed throughout the discovery process.

Defendants intend to take the following depositions:

D1. Plaintiff Michael Smith
D2. Medical providers identified by Plaintiff in discovery.
D3. Witnesses identified by Plaintiff in discovery that can testify to Plaintiff's damages.
D4. Defendants reserve the right to depose any other individuals whose names are revealed through the discovery process.

The Parties shall cooperate in good faith to schedule these depositions at times and locations mutually convenient.

The depositions of the witnesses identified in this paragraph shall be concluded no later than November 1, 2022.

**Rescheduling of Depositions**

In the event a deposition is unable to take place during the dates and locations initially agreed upon, the parties agree to cooperate in good faith to reach a mutually agreeable date and location in scheduling the deposition.

**Deposition of Experts and Additional Fact Witnesses**

Any experts designated by the parties and any additional fact witnesses identified during discovery will be deposed at a mutually convenient time and place agreed upon by the parties.

11. **Estimated Cost of Discovery.** Plaintiff estimates that the cost of discovery, including attorney's fees, will be approximately $20,000. Defendants estimate that the cost of discovery, including attorney's fees and expert witness fees, will be approximately $25,000.

12. **Dispositive Motions.** The parties agree that all dispositive motions should be filed on or before **December 12, 2022**, which is 40 days after the close of Discovery.

13. **Settlement.** Counsel for the parties have discussed settlement of this matter and state that there is a possibility of settlement during the discovery time period.

14. **Jury Trial.** Plaintiff and Defendants request a jury trial in this matter.

**[SIGNATURE PAGE TO FOLLOW]**

Respectfully submitted,

*/s/Malcolm Palmore*
Malcolm Palmore
Georgia Bar No. 560203
mpalmore@palmoreboenig.com
Counsel for Plaintiff

*/s/Gregory C. Sowell*
Gregory C. Sowell
Georgia Bar No. 668655
gsowell@jamesbatesllp.com
Counsel for Defendants

*/s/Markus Boenig*
Markus Boenig
Georgia Bar No. 158106
mboenig@palmoreboenig.com
Counsel for Plaintiff

The foregoing proposed order, having been jointly prepared by the parties and reviewed by the Court, is hereby adopted as the Scheduling and Discovery Order in this case.

**SO ORDERED** this 12th day of May, 2022.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA