# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **MICHAEL DESEAN SMITH,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CIVIL ACTION NO.: 3:21-cv-00134-CDL |
| | : |
| **TREVON WILLIAMS, IRA EDWARDS** | : |
| **UNIFIED GOVERNMENT OF ATHENS** | : |
| **CLARKE COUNTY** | : |
| | : |
| **Defendants.** | : |

## NOTICE OF SETTLEMENT

NOW COME Plaintiff and Defendants in the above-styled matter and jointly show the Court that the parties have agreed to a full and final settlement of this matter. The parties anticipate that all aspects of the settlement will be fully executed, and a Dismissal with Prejudice filed by the Plaintiff within the next 60 days.

*[Signatures to follow on next page]*

Respectfully submitted this 9th day of October, 2023.

                                                /s/Malcolm Palmore
                                                MALCOLM PALMORE *(Signature with expressed permission.)*
                                                Georgia State Bar No. 560203
                                                *Attorney for Plaintiff*

Palmore, Boenig & Associates, PC
575 Research Drive, Suite C
Athens, GA  30605

                                                */s/ Christopher C. Gordon*
                                                GREGORY C. SOWELL
                                                Georgia State Bar No. 668655
                                                CHRISTOPHER GORDON
                                                Georgia State Bar No. 922377
                                                SPENCER D. WOODY
                                                Georgia State Bar No. 256598
                                                SHEPARD SMITH
                                                Georgia State Bar No. 202617
                                                *Attorneys for Defendants*

JAMES-BATES-BRANNAN-GROOVER-LLP
One Press Place, Ste. 200
Athens, GA 30601

## **CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this *Notice of Settlement* using the CM/ECF system which automatically will send email notification of such filing to all attorneys of record:

Malcolm Palmore I, Esq.
575 Research Dr, Ste C
Athens, GA 30605
mpalmore@palmoreboenig.com
*Attorney for Plaintiff*

This 9th day of October, 2023

                                            */s/ Christopher C. Gordon*
                                            GREGORY C. SOWELL
                                            Georgia State Bar No. 668655
                                            CHRISTOPHER GORDON
                                            Georgia State Bar No. 922377
                                            SPENCER D. WOODY
                                            Georgia State Bar No. 256598
                                            SHEPARD SMITH
                                            Georgia State Bar No. 202617
                                            *Attorneys for Defendants*

JAMES-BATES-BRANNAN-GROOVER-LLP
One Press Place, Ste. 200
Athens, GA 30601