IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MICHAEL SMITH | * |
|     Plaintiff | * |
| | * |
| v. | * |
| | * |
| DEPUTY TREVON WILLIAMS | * |
| (In his individual and official | * CAFN: 3:21-CV-00134 |
| capacity) | * |
| | * DEMAND FOR TRIAL BY JURY |
| (FORMER) SHERIFF IRA | * |
| EDWARDS | * |
| (In his individual and official | * |
| capacity) | * |
| | * |
| THE UNIFIED GOVERNMENT | * |
| OF ATHENS-CLARKE COUNTY | * |
|     Defendants | * |

## STIPULATION OF DISMISSAL

COME NOW, All parties involved, by and through their undersigned counsel, notifying the Court that the matter is resolved and the parties have agreed to Dismiss the underlying action with prejudice.

Respectfully submitted, this 20th day of November 2023.

*/s/Malcolm Palmore*  
Malcolm Palmore  
Georgia Bar No. 560203  
mpalmore@palmoreboenig.com  
Counsel for Plaintiff

*/s/Markus Boenig*  
Markus Boenig  
Georgia Bar No. 158106  
mboenig@palmoreboenig.com  
Counsel for Plaintiff

**PALMORE, BOENIG & ASSOCIATES, PC**
575 Research Drive, Suite C
Athens, GA 30605
(706) 549-6880 office
(706) 549-6879 fax

<u>/s/ Gregory C. Sowell</u>
*(signed w/express permission by Malcolm Palmore)*
GREGORY C. SOWELL
Georgia State Bar No. 668655
gsowell@jamesbatesllp.com
CHRISTOPHER GORDON
Georgia State Bar No. 922377
cgordon@jamesbatesllp.com
SPENCER D. WOODY
Georgia State Bar No. 256598
swoody@jamesbatesllp.com
SHEPARD SMITH
Georgia State Bar No. 202617
ssmith@jamesbatesllp.com
Attorneys for Defendants


**JAMES-BATES-BRANNAN-GROOVER-LLP**
One Press Place, Ste. 200
Athens, GA 30601
Office (478) 742-4280